RUTH H. WAGNER, PLAINTIFF-RESPONDENT, v. HAROLD E. WAGNER, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Milberg & Milberg* for the petitioner.

*Mr. James A. Major* for the respondent.